# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REV KASEY CARROLL,<br><br>    Plaintiff,<br><br>v.<br><br>PATRICK BENNETT, *et al.*,<br><br>    Defendants. | Case No.: 2:24-cv-02083-APG-NJK<br><br>**Order**<br><br>[Docket No. 4] |

Pending before the Court is Plaintiff's motion for funds. Docket No. 4. However, Plaintiff has neither paid the $405 filing fee for this matter nor filed an application to proceed *in forma pauperis*. *See* Docket No. 1. As such, Plaintiff's request is premature.

Accordingly, the motion for funds is **DENIED** without prejudice. Docket No. 4.

IT IS SO ORDERED.

Dated: November 20, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1