1

2

3              **UNITED STATES DISTRICT COURT**

4                  **DISTRICT OF NEVADA**

5

6  REV KASEY CARROLL,                        Case No. 2:24-cv-02083-APG-NJK

         Plaintiff,

7                                                        **Order**
   v.
8                                            [Docket Nos. 7, 9]

   PATRICK BENNETT, *et al*.,
9
         Defendants.
10

11          Pending before the Court is Plaintiff's application to proceed *in forma pauperis*.  Docket

12  No. 7.  Instead of the Court ordered form, *see* LSR 1-1, Plaintiff submits the application to proceed

13  *in forma pauperis* for the Eighth Judicial District Court of Clark County, Nevada.

14          Also pending before the Court is Plaintiff's second application to proceed *in forma*

15  *pauperis*, which consists of one page of text.  Docket No. 9.  For an inmate to apply for *in forma*

16  *pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a

17  completed **Application to Proceed in Forma Pauperis for Inmate**, which is pages 1–3 of the

18  Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed

19  **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by

20  both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust**

21  **fund account statement for the previous six-month period**. See 28 U.S.C. § 1915(a)(1)–(2);

22  LSR 1-2.  Plaintiff did not submit this application, certificate, or the certified account statement.

23  Plaintiff requested the Court to send him the application, which the Court granted.  Docket No. 11.

24          Accordingly, Plaintiff's applications to proceed *in forma pauperis*, Docket Nos. 7, 9, are

25  **DENIED** without prejudice.  No later than **January 13, 2025**, Plaintiff must either (1) file a fully

26  complete application to proceed *in forma pauperis*, on the correct form with complete financial

27  attachments; or (2) pay the $405 fee for filing a civil action.  **FAILURE TO COMPLY WITH**

28

                                          1

1  **THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE CASE BE**
2  **DISMISSED.**

3        IT IS SO ORDERED.

4        Dated: December 19, 2024

5        _____

6        Nancy J. Koppe
       United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28