1
2
3                    **UNITED STATES DISTRICT COURT**
4                        **DISTRICT OF NEVADA**
5
6   REV KASEY CARROLL,                         Case No. 2:24-cv-02083-APG-NJK
            Plaintiff,
7                                                         **Order**
    v.
8
    PATRICK BENNETT, *et al*.,
9
            Defendants.
10

11      Plaintiff, who is in the custody of the Stein Facility, has submitted both a civil rights
12  complaint pursuant to 42 U.S.C. § 1983, Docket No. 1-1, and a petition for writ of habeas corpus,
13  Docket No. 8.

14      Plaintiff cannot pursue both § 1983 and habeas actions in the same case. *See Nettles v.*
15  *Grounds*, 830 F.3d 922, 927 (9th Cir. 2016) (reiterating that "habeas is the exclusive vehicle for
16  claims brought by state prisoners that fall within the core of habeas, and such claims may not be
17  brought in a § 1983 action"); *Wilkinson v. Dotson*, 544 U.S. 74, 81–82 (2005) (holding that "a state
18  prisoner's § 1983 action is barred (absent prior invalidation)—no matter the relief sought (damages
19  or equitable relief), no matter the target of the prisoner's suit (state conduct leading to conviction
20  or internal prison proceedings)—if success in that action would necessarily demonstrate the
21  invalidity of confinement or its duration").  Plaintiff may pursue either his § 1983 complaint or his
22  habeas petition in this case but not both.  He may file the other action in a separate case.

23      Accordingly, Plaintiff must file a notice with the Court, no later than **February 28, 2025**,
24  indicating whether he: (1) wishes to pursue his § 1983 civil rights complaint, Docket No. 1-1, and
25  strike his habeas petition, Docket No. 8, in this case; or (2) strike his § 1983 civil rights complaint,
26  Docket No. 1-1, and pursue his habeas petition, Docket No. 8, in this case. If Plaintiff does not
27  designate one of these options, the Court will dismiss the entire case without prejudice because
28

                                        1

Plaintiff cannot proceed simultaneously on both his § 1983 complaint and habeas petition in the same case.

IT IS SO ORDERED.

Dated: January 30, 2025

Nancy J. Koppe
United States Magistrate Judge