UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REV KASEY CARROLL, | Case No. 2:24-cv-02083-APG-NJK |
| Petitioner | **Dismissal Order** |
| v. | |
| PATRICK BENNETT, *et al.*, | |
| Respondents. | |

*Pro se* Petitioner Rev Kasey Carroll commenced this action by filing both a civil rights complaint pursuant to 42 U.S.C. § 1983 and a petition for writ of habeas corpus. ECF Nos. 1-1, 8. Carroll was instructed to file a notice indicating whether he wished to (1) pursue his § 1983 civil rights complaint and strike his habeas petition, or (2) strike his § 1983 civil rights complaint and pursue his habeas petition. ECF Nos. 17, 20. In response, Carroll filed a motion to pursue his habeas petition. ECF No. 25. Accordingly, I struck Carroll's § 1983 civil rights complaint. ECF No. 26. However, because Carroll's habeas petition was handwritten and not filed in substantial compliance with the Court's form, I ordered Carroll to file an amended petition on or before May 16, 2025. *Id*. I warned Carroll that "failure to timely comply with this Order [would] result in the dismissal of this action without prejudice and without further advance notice." *Id*. at 2. Carroll's May 16, 2025, deadline has passed, and to date, Carroll has not filed an amended petition, requested an extension of time, or taken any other action to prosecute this case.

I THEREFORE ORDER that Carroll's habeas petition [ECF No. 8] is dismissed without prejudice based upon his failure to comply with my Order [ECF No. 26].

I FURTHER ORDER that a Certificate of Appealability is denied, as jurists of reason would not find dismissal of the petition for the reasons stated herein to be debatable or wrong.

I FURTHER ORDER that that the Clerk of Court kindly (1) add Nevada Attorney General Aaron D. Ford as counsel for Respondents,[1] (2) send the Nevada Attorney General a copy this Order and all other filings in this matter by regenerating the notices of electronic filing, (3) enter final judgment, and (4) close this case.

DATED: May 27, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] No response is required from Respondents other than to respond to any orders of a reviewing court.